```
 1
 2
 3
 4
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9  MAIL BOXES, ETC., INC.,
10              Plaintiff,
11       v.                        CIV. NO. S-06-258 LKK/GGH
12  MARILYN PATON, an individual; and
    WALTER PATON, an individual,
13
                Defendant.
14  _____/
    MAIL BOXES, ETC., INC.,
15
                Plaintiff,
16
         v.                        CIV. NO. S-06-259 LKK/GGH
17
    DAVID DERUS, an individual; and
18  LA JEAN KUETHE-DERUS, an individual,
19              Defendants.
    _____/
20  MAIL BOXES, ETC., INC.,
21              Plaintiff,
22       v.                        CIV. NO. S-06-260 LKK/GGH
23  CRAIG HANSEN, an individual; and       O R D E R
    MARCIA HANSEN, an individual,
24
                Defendants.
25  _____/
26  ////
```

1

1  The court is in receipt of motions for temporary restraining
2  orders in all three of the above-captioned cases.  The following
3  schedule is SET:
4      1.  Counsel for plaintiff shall immediately FAX notice of the
5  motions for temporary restraining order and SERVE the motions and
6  supporting declarations on counsel for defendants by overnight mail
7  by close of business today, if she has not already done so;
8      2.  Oppositions to the motions for temporary restraining order
9  are DUE not later than noon on Friday, February 10, 2006; and
10     3.  Hearing on the motions is now SET for February 13, 2006
11 at 10:00 a.m. in Chambers.
12     IT IS SO ORDERED.
13     DATED:  February 8, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT